Lamont DOSTER, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 494, 2016

Supreme Court of Delaware.

Submitted: March 23, 2017

Decided: April 6, 2017

Court Below: Superior Court of the
State of Delaware, Cr. ID 1510008797

DISMISSED.